IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FRANCIS HILL AND RANDY
DALL HILL,

     Appellants,

v.

R.A.N.K. QUALITY
RESTAURANTS, LLC,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5583

_____/

Opinion filed October 10, 2016.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

William H. Rogner, Winter Park, for Appellants.

Michael R. D'Lugo and Krista N. Cammack of Wicker, Smith, O'Hara, McCoy &
Ford, P.A., Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.